SEALED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 AUG 18 PM 3:55
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KEITH DAY,

Defendant.

8:26CR167

INDICTMENT

18 U.S.C. §§ 1344 & 1349
18 U.S.C. § 1708

The Grand Jury charges that

**INTRODUCTION**

At all times material herein:

1. First National Bank of Omaha is a financial institution headquartered in Omaha, Nebraska, and is insured by the Federal Deposit Insurance Corporation ("FDIC").

2. Wells Fargo is a financial institution headquartered in San Francisco, California, and is insured by the FDIC.

3. UMB is a financial institution headquartered in Kansas City, Missouri, and is insured by the FDIC.

**COUNT ONE**
**(Conspiracy to Commit Bank Fraud)**

4. The allegations in paragraphs 1 through 3 of this Indictment are re-alleged and fully incorporated herein by reference.

**THE CONSPIRACY**

5. Beginning on a date unknown, but not later than about February 2025, and continuing until a date unknown, but not earlier than about March 6, 2025, in the District of Nebraska and elsewhere, defendant KEITH DAY, and other individuals known and unknown to

the Grand Jury, knowingly combined, conspired, and agreed with each other to execute a scheme and artifice to defraud and obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of various financial institutions by materially false and fraudulent pretenses, representations, and promises.

**PURPOSE OF THE CONSPIRACY**

6. The purpose of the conspiracy was for defendant KEITH DAY and his co-conspirators to enrich themselves by stealing and obtaining stolen mail, altering and forging checks obtained from the stolen mail, cashing the stolen checks and cashing the altered and forged checks, and fraudulently using personal identifying information obtained from the stolen mail.

**MANNER AND MEANS OF THE CONSPIRACY**

7. Defendant KEITH DAY and his co-conspirators conspired to enrich themselves by stealing and obtaining stolen mail, altering and forging checks obtained from the stolen mail, cashing and depositing the stolen checks and cashing and depositing the altered and forged checks, and fraudulently using personal identifying information obtained from the stolen mail included the following manner and means:

a. It was part of the conspiracy that defendant KEITH DAY and others stole mail from mailboxes in the District of Nebraska. Defendant KEITH DAY and others searched the stolen mail for checks and personal identifying information.

b. It was part of the conspiracy that after acquiring a stolen check from the mail, conspirators would alter the checks and forward checks to co-conspirators for the purpose of altering the checks, including the payee and amount of the check. The original payee would be replaced with the name of a conspirator or individual known to the conspirators. The amount of the check was often increased. After altering the check, conspirators would deposit or cash the fraudulent check at Financial Institutions.

c. As part of the conspiracy, KEITH DAY stole mail from multiple United States Postal Service collection boxes on or about March 1, 2025, using a stolen postal key.

d. As part of the conspiracy, KEITH DAY brought stolen mail to a hotel room for the purpose of searching the mail for checks and identification information.

e. As part of the conspiracy, members of the conspiracy altered checks, including the original payee and amount of the check.

f. As part of the conspiracy, members of the conspiracy provided stolen checks to co-conspirators for the purpose of altering the check, including the original payee and amount of the check.

g. As part of the conspiracy, members of the conspiracy provided checks to others to be deposited and cashed at Financial Institutions, including Wells Fargo, UMB, and First National Bank of Omaha.

h. As part of the conspiracy, members of the conspiracy cashed and deposited altered checks that had been stolen by KEITH DAY.

i. It was part of the conspiracy that defendant KEITH DAY deposited and attempted to deposit checks into a Wells Fargo account of a co-conspirator.

In violation of Title 18, United States Code, Sections 1344 and 1349.

**COUNT TWO**
**(Possession of Stolen Mail)**

8. On or about March 6, 2025, in the District of Nebraska, defendant KEITH DAY, did conceal and unlawfully have in his possession letters, mail, and the contents of mail, which had been stolen, taken, embezzled and abstracted from a letter box, mail receptacle, and mail route, which was an authorized depository for mail matter, knowing said letters, mail, and the contents

of mail to have been stolen, taken, embezzled and abstracted from an authorized depository for mail matter.

All in violation of Title 18, United States Code, Section 1708.

**COUNT THREE**
**(Mail Theft)**

9. On or about March 1, 2025, in the District of Nebraska, defendant KEITH DAY, did steal and take mail, letters, and any articles contained therein, and attempted to do so, from authorized mail receptacles and letter boxes located in Omaha, Nebraska.

All in violation of Title 18, United States Code, Section 1708.

A TRUE BILL.

________________________
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

KELLI L. CERAOLO, #25218
Assistant U.S. Attorney